**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**No. 5:24-CT-03193-BO**

| | |
|---|---|
| **ROBERT S. BALLARD,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LIEUTENANT ARTIS,**<br><br>**Defendant.** | **NCPLS RESPONSE TO APPOINTMENT ORDER** |

In response to the Court's order and pursuant to Standing Order 21-SO-11, the undersigned counsel have assisted the plaintiff by representing him for the purpose of a court-hosted settlement conference, which was held on December 2, 2025, and December 12, 2025. North Carolina Prisoner Legal Services, Inc. will not provide further representation to Plaintiff in this action. The plaintiff's last known address is Robert S. Ballard, #0017263, Maury Correctional Institution, P.O. Box 506, Maury, NC 28554.

Respectfully submitted this 15th day of December, 2025.

/s/ *Luke Andrew Beyer*
Luke Andrew Beyer
N.C. Bar No. 62257
N.C. Prisoner Legal Services, Inc.
P.O. Box 25397
Raleigh, North Carolina 27611
(919) 856-2231
(919) 856-2223 (Fax)
lbeyer@ncpls.org

/s/ *Sunny Khan Frothingham*
Sunny Khan Frothingham
N.C. Bar No. 62367

/s/ *Daixi Xu*

Daixi Xu
N.C. Bar No. 58845

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties. I also hereby certify that on December 15, 2025, I mailed a copy of the foregoing to the following person:

**Robert S. Ballard, OPUS #0017263**
**Maury Correctional Institution**
**P.O. Box 506**
**Maury, NC 28554**

/s/ *Luke Andrew Beyer*
Luke Andrew Beyer