UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CT-03193-BO

| **Robert S. Ballard**, | |
| --- | --- |
| Plaintiff, | |
| v. | **Amended Order** |
| **Lawrence Artis**, | |
| Defendant. | |

This matter is before the court on Defendant's motion for an extension time. Mot., D.E. 69. It seeks to extend the deadlines set in the Order Setting Pretrial Conference. *See* Order, D.E. 67.

The court will grant the motion for an extension of time (D.E 69) in part. It extends the deadlines as follows:

| Event | Date |
| --- | --- |
| Disclosures Required Under Rule 26(a)(3)(A) | Friday, January 30, 2026. |
| Objections Under Rule 26(a)(3)(B) | Friday, February 6, 2026 |
| Deadline to Confer About Joint Pretrial Order | Friday, February 13, 2026 |
| Submission of Joint Pretrial Order | Wednesday, February 18, 2026 |

All other provisions of the previous Order Setting Pretrial Conference that are not inconsistent with this Order remain in effect.

Dated: January 27, 2026.

*Robert T. Numbers II*
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE