UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
5-24-CT-3193-BO

FILED
JAN 30 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Robert S. Ballard, plaintiff

vs

LT Artis, Defendant

MOTION TO VIEW VIDEO IN THIS CASE

Comes now plaintiff, Robert S. Ballard and files this motion to be allow to view the video footage of the incident in this case.

Plaintiff request an order for Defendants to allow Plaintiff to view this video footage prior to the Feb. 23, 2026 Pretrial Conference and be allow to make notes from the video footage.

Plaintiff further request he be allow to view this video again prior to the Trial of April 7, 2026.

Plaintiff will need to make notes at each viewing of the video and asks this Court to order defendants to allow this to happen.

Respectfully Submitted
Robert Ballard