IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.: 5:24-CT-03193-BO

| | |
|---|---|
| ROBERT S. BALLARD,<br>Plaintiff,<br><br>v.<br><br>LT. ARTIS,<br>Defendant. | **NOTICE OF**<br>**WITHDRAWAL OF COUNSEL**<br>Local Civil Rule 5.2(d) |

NOW COMES Defendant Lawrence Artis (hereinafter "Defendant"), by and through Undersigned Counsel, and provides notice pursuant to Local Civil Rule 5.2(d) that Tiffany Hoyd is no longer associated with this case and has withdrawn as Counsel.

Special Deputy Attorney General J. Locke Milholland will continue to represent Defendant and verify that he is aware of and will comply with all pending deadlines in the case including proceedings with any scheduled trial or hearings.

Respectfully submitted this 25th day of June, 2026.

**JEFF JACKSON**
**Attorney General**

/s/ J. Locke Milholland
J. Locke Milholland
N.C. State Bar No. 35449
Special Deputy Attorney General
jmilholland@ncdoj.gov
N.C. Department of Justice
Public Safety Section
P.O. Box 629
Raleigh, North Carolina 27602-0629
Telephone: 919-716-6528
Facsimile: 919-716-6761
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that I will cause the foregoing document to be served on all non-CM/ECF participant(s) by depositing a copy in the U.S. Mail, postage prepaid, addressed as follows:

Robert S. Ballard
0017263
Maury Correctional Institution
P.O. Box 506
Maury, NC 28554
*Pro Se Plaintiff*

This 25th day of June, 2026.

/s/ J. Locke Milholland
J. Locke Milholland
Special Deputy Attorney General