FILED

OCT 02 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK

Robert Ballard 0017263
PO Box 506
Maury NC 28554
9-28-26

Clerk of the Court
US District Court
PO Box 25670
Raleigh NC 27611

RE: Ballard vs. Artis case No. 5:24-CT-03193

Dear Clerk:

I am writing about the above entitled case. This case was set for Trial 4-7-26 - then the Judge issued an order asking for me to file for Summary Judgment, which I did so immediately - Then Nothing - No Action has been Taken on this case since I filed for Summary Judgment and that was 6 months ago, almost 7 months -

Can you please inform me what is happening with this case? I also filed a Motion to Advance Cause several months ago And nothing on that either.

What do I need to do to either get a New trial date set or a ruling in my favor for Summary Judgment?

Thank You for your Time in this matter.

Robert Ballard

Clerk,

Robert Ballard 0017263
PO Box 506
Maury NC 28554
9-25-26

Please send me the forms to file (2) 1983 Lawsuits
thank you

Robert Ballard

Also, can you please send to me the statement of facts in case # B3:17-CV-00455-FDW - filed 2-20-18
I need that statement of facts very much. The case was settled out of court - years ago but I need this statement of facts.

Thank you very much

Robert Ballard